# Exhibit "A"

PLD-C-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Steve Short<br>5482 Wilshire Blvd. #169<br>Los Angeles, CA 90036<br><br>TELEPHONE NO:  323-533-0851       FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**  Los Angeles

STREET ADDRESS:  6230 Sylmar Ave.

MAILING ADDRESS:

CITY AND ZIP CODE:  Van Nuys, CA 91401

BRANCH NAME:  Van Nuys Courthouse East

PLAINTIFF:  Steve Short

DEFENDANT:  Wood Residential Services

☐ DOES 1 TO _____

**FILED**
Superior Court of California
County of Los Angeles

**JUL 26 2018**

Sherri R. Carter, Executive Officer/Clerk of Court
By_____ Deputy
Soraya Romero

CONTRACT

☑ COMPLAINT          ☐ AMENDED COMPLAINT *(Number):*

☐ CROSS-COMPLAINT   ☐ AMENDED CROSS-COMPLAINT *(Number):*

| Jurisdiction *(check all that apply):* | CASE NUMBER: |
|---|---|
| ☐ **ACTION IS A LIMITED CIVIL CASE**<br>   Amount demanded   ☐ does not exceed $10,000<br>                          ☐ exceeds $10,000 but does not exceed $25,000<br>☑ **ACTION IS AN UNLIMITED CIVIL CASE** (exceeds $25,000)<br>☐ **ACTION IS RECLASSIFIED** by this amended complaint or cross-complaint<br>      ☐ from limited to unlimited<br>      ☐ from unlimited to limited | LC107569 |

1. **Plaintiff*** *(name or names):*
   Steve Short

   alleges causes of action against **defendant*** *(name or names):*
   Wood Residential Services

2. This pleading, including attachments and exhibits, consists of the following number of pages:  2

3. a. Each plaintiff named above is a competent adult
   ☐ **except plaintiff** *(name):*
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ other *(specify):*

   b. ☐ Plaintiff *(name):*
      a. ☐ has complied with the fictitious business name laws and is doing business under the fictitious name *(specify):*

      b. ☐ has complied with all licensing requirements as a licensed *(specify):*
   c. ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.

4. a. Each defendant named above is a natural person
   ☑ **except defendant** *(name):* Wood Residential Svc          ☐ **except defendant** *(name):*
      (1) ☑ a business organization, form unknown                (1) ☐ a business organization, form unknown
      (2) ☐ a corporation                                        (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*               (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*                        (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*                                   (5) ☐ other *(specify):*

Form Approved for Optional Use
Judicial Council of California
PLD-C-001 [Rev. January 1, 2007]

**COMPLAINT—Contract**

Code of Civil Procedure, § 425.12

**PLD-C-001**

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Short vs. Wood Residential Services | |

4. *(Continued)*
   b. The true names of defendants sued as Does are unknown to plaintiff.
     (1) ☐ Doe defendants *(specify Doe numbers):* _____ were the agents or employees of the named
       defendants and acted within the scope of that agency or employment.
     (2) ☐ Doe defendants *(specify Doe numbers):* _____ are persons whose capacities are unknown to
       plaintiff.
   c. ☐ Information about additional defendants who are not natural persons is contained in Attachment 4c.
   d. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, *or*
   b. ☐ is excused from complying because *(specify):*

6. ☐ This action is subject to ☐ Civil Code section 1812.10 ☐ Civil Code section 2984.4.

7. This court is the proper court because
   a. ☑ a defendant entered into the contract here.
   b. ☐ a defendant lived here when the contract was entered into.
   c. ☑ a defendant lives here now.
   d. ☑ the contract was to be performed here.
   e. ☑ a defendant is a corporation or unincorporated association and its principal place of business is here.
   f. ☑ real property that is the subject of this action is located here.
   g. ☐ other *(specify):*

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   ☐ Breach of Contract
   ☐ Common Counts
   ☐ Other *(specify):*

9. ☐ Other allegations:

10. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. ☑ damages of: $ 75,000.00
   b. ☐ interest on the damages
     (1) ☐ according to proof
     (2) ☐ at the rate of *(specify):* _____ percent per year from *(date):*
   c. ☑ attorney's fees
     (1) ☐ of: $
     (2) ☑ according to proof.
   d. ☐ other *(specify):*

11. ☐ The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 7/26/18

Steve Short
   (TYPE OR PRINT NAME)     ▶     (SIGNATURE OF PLAINTIFF OR ATTORNEY)
*(If you wish to verify this pleading, affix a verification.)*

# Exhibit "B"

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Steve Short<br>5482 Wilshire Blvd. #169<br>Los Angeles, CA 90036<br><br>TELEPHONE NO.: 323-533-0851    FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):* steveshort00@gmail.com<br>ATTORNEY FOR *(Name):* | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 6230 Sylmar
MAILING ADDRESS:
CITY AND ZIP CODE: Van Nuys, CA 91401
BRANCH NAME: Van Nuys Courthouse East

PLAINTIFF/PETITIONER: Steve Short

DEFENDANT/RESPONDENT: Wood Residential Services

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>LC107569 |
|---|---|

TO *(Insert name of party being served):* Wood Residential Services

### NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: 5-8-19

Carolina Gonzalez
(TYPE OR PRINT NAME)        (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

### ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of *(to be completed by sender before mailing):*
1. ☑ A copy of the summons and of the complaint.
2. ☑ Other *(specify):*
   — Notice of Trial Setting/Case Management Conference/OSC Re: Dismissal
   — MINUTE ORDER FROM 3/22/19

*(To be completed by recipient):*

Date this form is signed: _____

_____        _____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,        (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ON WHOSE BEHALF THIS FORM IS SIGNED)        ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Form Adopted for Mandatory Use
Judicial Council of California
POS-015 [Rev. January 1, 2005]

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**

Code of Civil Procedure,
§§ 415.30, 417.10
www.courtinfo.ca.gov

SUM-100

# SUMMONS
## *(CITACION JUDICIAL)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Wood Residential Services

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Steve Short

---

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

JUL 26 2018

Sherri R. Carter, Executive Officer/Clerk of Court
By _____, Deputy
Soraya Romero

---

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte desechar el caso.*

| | |
|---|---|
| The name and address of the court is: Van Nuys Courthouse East<br>*(El nombre y dirección de la corte es):*<br><br>6230 Sylmar Ave.<br>Van Nuys, CA 91401 | **CASE NUMBER:**<br>*(Número del Caso):*<br>**LC107569** |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

DATE: 7/26/2018     JUL 2 6 2018     Sherri R. Carter, Executive Officer/Clerk,     _____, Deputy
*(Fecha)*     Clerk, by     *(Adjunto)*
     *(Secretaria)*     SORAYA ROMERO

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

    under: ☐ CCP 416.10 (corporation)     ☐ CCP 416.60 (minor)
           ☐ CCP 416.20 (defunct corporation)     ☐ CCP 416.70 (conservatee)
           ☐ CCP 416.40 (association or partnership)     ☐ CCP 416.90 (authorized person)
           ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

PLD-C-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Steve Short<br>5482 Wilshire Blvd. #169<br>Los Angeles, CA 90036<br><br>TELEPHONE NO:  323-533-0851    FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Los Angeles

STREET ADDRESS:  6230 Sylmar Ave.

MAILING ADDRESS:

CITY AND ZIP CODE:  Van Nuys, CA 91401

BRANCH NAME:  Van Nuys Courthouse East

**FILED**
Superior Court of California
County of Los Angeles

**JUL 26 2018**

Sherri R. Carter, Executive Officer/Clerk of Court

By_____ Deputy
Soraya Romero

PLAINTIFF:  Steve Short

DEFENDANT:  Wood Residential Services

☐ DOES 1 TO _____

| CONTRACT | |
|---|---|
| ☑ COMPLAINT | ☐ AMENDED COMPLAINT (Number): |
| ☐ CROSS-COMPLAINT | ☐ AMENDED CROSS-COMPLAINT (Number): |

**Jurisdiction** (check all that apply):

☐ ACTION IS A LIMITED CIVIL CASE
   Amount demanded ☐ does not exceed $10,000
                   ☐ exceeds $10,000 but does not exceed $25,000
☑ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint or cross-complaint
     ☐ from limited to unlimited
     ☐ from unlimited to limited

CASE NUMBER:

**LC107569**

1. **Plaintiff*** (name or names):
   Steve Short

   alleges causes of action against **defendant*** (name or names):
   Wood Residential Services

2. This pleading, including attachments and exhibits, consists of the following number of pages:  2

3. a. Each plaintiff named above is a competent adult
      ☐ except plaintiff (name):
        (1) ☐ a corporation qualified to do business in California
        (2) ☐ an unincorporated entity (describe):
        (3) ☐ other (specify):

   b. ☐ Plaintiff (name):
      a. ☐ has complied with the fictitious business name laws and is doing business under the fictitious name (specify):

      b. ☐ has complied with all licensing requirements as a licensed (specify):
   c. ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.

4. a. Each defendant named above is a natural person
      ☑ except defendant (name):  Wood Residential Svc   ☐ except defendant (name):
        (1) ☑ a business organization, form unknown   (1) ☑ a business organization, form unknown
        (2) ☐ a corporation   (2) ☐ a corporation
        (3) ☐ an unincorporated entity (describe):   (3) ☐ an unincorporated entity (describe):
        (4) ☐ a public entity (describe):   (4) ☐ a public entity (describe):
        (5) ☐ other (specify):   (5) ☐ other (specify):

* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
PLD-C-001 [Rev. January 1, 2007]

**COMPLAINT—Contract**

Code of Civil Procedure, § 425.12

**PLD-C-001**

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Short vs. Wood Residential Services | |

4. *(Continued)*
   b. The true names of defendants sued as Does are unknown to plaintiff.
      (1) ☐ Doe defendants *(specify Doe numbers):* _____ were the agents or employees of the named
         defendants and acted within the scope of that agency or employment.
      (2) ☐ Doe defendants *(specify Doe numbers):* _____ are persons whose capacities are unknown to
         plaintiff.
   c. ☐ Information about additional defendants who are not natural persons is contained in Attachment 4c.
   d. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, *or*
   b. ☐ is excused from complying because *(specify):*

6. ☐ This action is subject to ☐ Civil Code section 1812.10 ☐ Civil Code section 2984.4.

7. This court is the proper court because
   a. ☑ a defendant entered into the contract here.
   b. ☐ a defendant lived here when the contract was entered into.
   c. ☑ a defendant lives here now.
   d. ☑ the contract was to be performed here.
   e. ☑ a defendant is a corporation or unincorporated association and its principal place of business is here.
   f. ☑ real property that is the subject of this action is located here.
   g. ☐ other *(specify):*

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or
   more causes of action attached):*
   ☐ Breach of Contract
   ☐ Common Counts
   ☐ Other *(specify):*

9. ☐ Other allegations:

10. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. ☑ damages of: $ 75,000.00
   b. ☐ interest on the damages
      (1) ☐ according to proof
      (2) ☐ at the rate of *(specify):* _____ percent per year from *(date):*
   c. ☑ attorney fees
      (1) ☐ of: $
      (2) ☑ according to proof.
   d. ☐ other *(specify):*

11. ☐ The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 7/26/18

Steve Short
_____
(TYPE OR PRINT NAME)                                    ▶                     _____
                                                                              (SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## FOR THE COUNTY OF LOS ANGELES

| | CASE NUMBER | FILE STAMP |
|---|---|---|
| PLAINTIFF(S)/PETITIONER(S) | LC107569 | CONFORMED COPY ORIGINAL FILED Superior Court of California County of Los Angeles JUL 26 2018 Sherri R. Carter, Executive Officer/Clerk of Court By_____ Deputy Soraya Romero |
| DEFENDANT(S)/RESPONDENT(S) | NOTICE OF: TRIAL SETTING/ CASE MANAGEMENT CONFERENCE/ OSC RE: DISMISSAL | |

**TO THE PLAINTIFF(S) AND THE ATTORNEY OF RECORD:**

YOU ARE HEREBY NOTIFIED THAT THE ABOVE MATTER HAS BEEN ASSIGNED FOR ALL PURPOSES,

INCLUDING TRIAL, TO  JUDGE RUPERT A. BYRDSONG , PRESIDING IN DEPARTMENT **"U"** OF THE

NORTHWEST DISTRICT ON _12/13/18_  AT 8:30 A.M. IN THE SUPERIOR COURT, LOCATED AT

**6230 SYLMAR AVENUE, VAN NUYS, CA 91401.**

You are Ordered to service this notice of hearing to all parties/attorneys of record forthwith and serve a copy of this notice to all parties to the action within 60 days of service of this notice.     The Court orders that except as otherwise ordered in writing, all attorneys (or unrepresented parties as applicable) appear at all scheduled hearings.   All parties/attorneys of record are ordered to meet and confer about the matters to be discussed no later than 30 days before the Case Management Conference (which shall take place approximately 140 days from filing of the complaint).     The complaint must be served on all named defendants and proof of service must be filed with the Court within 60 days after tyhe filing of the complaint.   If all named defendants have not been served and proofs filed before the 60 days have elapsed, application must have been made with Court to extend or otherwise modify Rule CRC 3.110 (b),(c) and (e).

**YOU ARE ORDERED:**

**1). To give notice of this hearing and serve a copy of this notice to all parties to the action within 60 days of service of this notice.**

**2.) To bring to the hearing the original Proof of Service of said notice to all of the other parties served by you.**

**ALL PARTIES ARE ORDERED** to have trial counsel, or an attorney thoroughly familiar with the case and trial counsel's calendar, appear at the hearing.

Judge of the Superior Court
Rupert A. Byrdsong

### CERTIFICATE OF SERVICE

☐ I am not a party to the within action, and I certify that I personally served a true copy of the above notice to the plaintiff, delivering the copy to the designated representative/attorney service at the time of the filing of the original complaint.

☐ I am not a party to the within action, and I certify that I personally served a true copy of the above notice to the plaintiff or his attorney of record by delivering the copy in person this date to counsel for plaintiff or plaintiff in pro per.

**A CORPORATION MUST BE REPRESENTED BY A LICENSED CALIFORNIA ATTORNEY**

**SORAYA ROMERO**

BY: _____ , Deputy

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Civil Division
Northwest District, Van Nuys Courthouse East, Department U

**LC107569**                                                                    March 21, 2019
**STEVE SHORT  VS. WOOD RESIDENTIAL SERVICES**                                          8:30 AM

Judge: Honorable Michael J. Convey          CSR: None
Judicial Assistant: R. Duron                ERM: None
Courtroom Assistant: L. Vince-Cruz          Deputy Sheriff: None

APPEARANCES:

For Plaintiff(s): Steve Short (In Pro Se)

For Defendant(s):  No Appearances

**NATURE OF PROCEEDINGS:** Order to Show Cause Re: Failure to File Proof of Service and Failure to File Default Judgment Pursuant to CRC 3.740

The matter is called for hearing.

The Court inquires from Plaintiff as to proof of service.

The Plaintiff states it has a proof of service however it hasn't been filed and is incomplete.

On the Court's own motion, the Order to Show Cause Re: Dismissal scheduled for 07/23/2019 is advanced to this date and continued to 07/27/2020 at 08:30 AM in Department U at Van Nuys Courthouse East pursuant to CCP sections 583.410 and 583.420.

Pursuant to the request of plaintiff, the Order to Show Cause Re: Failure to File Proof of Service and Failure to File Default Judgment Pursuant to CRC 3.740 scheduled for 03/21/2019 is continued to 05/16/2019 at 08:30 AM in Department U at Van Nuys Courthouse East.

Plaintiff's counsel is to give notice.

Minute Order                                                                    Page 1 of 1



U.S. POSTAGE
$11.35
PM 2-Day
91367 0006
Date of sale
05/08/19
06    2SK
11486279

787090508152630

USPS CERTIFIED MAIL

9502 6065 6746 9128 1034 73

9590 9402 4090 9128 1034 73

Kelli Shortte
C S C
2710 Gateway Oaks Dr.
#150-N
Sacramento CA 95833
95833-3502224

Short
5482 Wilshire Blvd. #169
LA CA 90036

# Exhibit "C"

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Civil Division
Northwest District, Van Nuys Courthouse East, Department U

**LC107569**                                                    January 16, 2019
**STEVE SHORT  VS. WOOD RESIDENTIAL SERVICES**                              8:30 AM

Judge: Honorable Michael J. Convey          CSR: None
Judicial Assistant: R. Duron                ERM: None
Courtroom Assistant: E. Vince Cruz          Deputy Sheriff: None

APPEARANCES:

For Plaintiff(s): Steve Short

For Defendant(s):  No Appearances

**NATURE OF PROCEEDINGS:** Order to Show Cause Re: Failure to File Proof of Service and Failure to File Default Judgment Pursuant to CRC 3.740

The matter is called for hearing.

Proof of Service has not been filed.

Plaintiff represents he is seeking counsel. The Court informs the Plaintiff pursuant to California Rules of Court 3.740(f), default judgment must be entered within 360 days of filing the complaint or the case may be dismissed.

Good cause appearing, On the Court's own motion, the Order to Show Cause Re: Failure to File Proof of Service and Failure to File Default Judgment Pursuant to CRC 3.740 scheduled for 01/16/2019 is continued to 03/21/2019 at 08:30 AM in Department U at Van Nuys Courthouse East. In addition, Order to Show Cause Re: Dismissal is scheduled for 07/23/2019 at 08:30 AM in Department U at Van Nuys Courthouse East.

If default judgment is entered prior to the next hearing, the hearings are to go off calendar.

The Clerk is to give notice.

Certificate of Mailing is attached.

# Exhibit "D"

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Civil Division
Northwest District, Van Nuys Courthouse East, Department U

**LC107569**                                                          May 16, 2019
**STEVE SHORT  VS. WOOD RESIDENTIAL SERVICES**                         8:30 AM

Judge: Honorable Michael J. Convey              CSR: None
Judicial Assistant: R. Duron                    ERM: None
Courtroom Assistant: L. Vince Cruz              Deputy Sheriff: None

APPEARANCES:

For Plaintiff(s): Steve Short

For Defendant(s):  No Appearances

**NATURE OF PROCEEDINGS:** Order to Show Cause Re: Failure to File Proof of Service and Failure to File Default Judgment Pursuant to CRC 3.740

The matter is called for hearing.

The Court finds there has been no progress since the previous Court hearing.

The Plaintiff states service has occurred however the Proof of Service has not been filed.

The Court order Plaintiff to file the Proof of Service before the next court date.

Pursuant to the request of plaintiff, the Order to Show Cause Re: Failure to File Proof of Service and Failure to File Default Judgment Pursuant to CRC 3.740 scheduled for 05/16/2019 is continued to 07/15/2019 at 08:30 AM in Department U at Van Nuys Courthouse East.

Plaintiff's counsel is to give notice.

# Exhibit "E"

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Steve Short<br>5482 Wilshire Blvd. #169<br>Los Angeles, CA 90036<br>TELEPHONE NO.: 323-533-0851      FAX NO.: | **FILED**<br>Superior Court of California<br>County of Los Angeles<br><br>JUL 26 2018<br><br>Sherri R. Carter, Executive Officer/Clerk of Court<br>By_____ Deputy<br>Soraya Romero |

ATTORNEY FOR *(Name)*:

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Los Angeles
STREET ADDRESS: 6230 Sylmar Ave.
MAILING ADDRESS: Van Nuys, CA 91401
CITY AND ZIP CODE:
BRANCH NAME: Van Nuys Courthouse East

CASE NAME: Steven Short v Wood Residential

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: LC107569 |
|---|---|---|---|---|
| [✓] Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | [ ] Limited<br>(Amount<br>demanded is<br>$25,000 or less) | [ ] Counter [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | JUDGE:<br>DEPT: U |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [✓] Other employment (15)

**Contract**
- [ ] Breach of contract/warranty (06)
- [ ] Rule 3.740 collections (09)
- [ ] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition *(not specified above)* (43)

2. This case [ ] is [✓] is not    complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. [✓] monetary   b. [ ] nonmonetary; declaratory or injunctive relief   c. [✓] punitive
4. Number of causes of action *(specify)*: 20
5. This case [ ] is [✓] is not    a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 7/26/18

Steve Short
_____
(TYPE OR PRINT NAME)                                                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>*www.courtinfo.ca.gov* |

| SHORT TITLE: Short vs. Wood Residential Services | CASE NUMBER LC107569 |
|---|---|

# CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

**This form is required pursuant to Local Rule 2.3 in all new civil case filings in the Los Angeles Superior Court.**

**Step 1:** After completing the Civil Case Cover Sheet (Judicial Council form CM-010), find the exact case type in Column A that corresponds to the case type indicated in the Civil Case Cover Sheet.

**Step 2:** In Column B, check the box for the type of action that best describes the nature of the case.

**Step 3:** In Column C, circle the number which explains the reason for the court filing location you have chosen.

**Applicable Reasons for Choosing Court Filing Location (Column C)**

1. Class actions must be filed in the Stanley Mosk Courthouse, Central District.
2. Permissive filing in central district.
3. Location where cause of action arose.
4. Mandatory personal injury filing in North District.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.
7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office.
11. Mandatory filing location (Hub Cases – unlawful detainer, limited non-collection, limited collection, or personal injury).

| | A<br>Civil Case Cover Sheet Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons - See Step 3 Above |
|---|---|---|---|
| Auto Tort | Auto (22) | ☐ A7100 Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1, 4, 11 |
| | Uninsured Motorist (46) | ☐ A7110 Personal Injury/Property Damage/Wrongful Death – Uninsured Motorist | 1, 4, 11 |
| Other Personal Injury/ Property Damage/ Wrongful Death Tort | Asbestos (04) | ☐ A6070 Asbestos Property Damage<br>☐ A7221 Asbestos - Personal Injury/Wrongful Death | 1, 11<br>1, 11 |
| | Product Liability (24) | ☐ A7260 Product Liability (not asbestos or toxic/environmental) | 1, 4, 11 |
| | Medical Malpractice (45) | ☐ A7210 Medical Malpractice - Physicians & Surgeons<br>☐ A7240 Other Professional Health Care Malpractice | 1, 4, 11<br>1, 4, 11 |
| | Other Personal Injury Property Damage Wrongful Death (23) | ☐ A7250 Premises Liability (e.g., slip and fall)<br>☐ A7230 Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.)<br>☐ A7270 Intentional Infliction of Emotional Distress<br>☐ A7220 Other Personal Injury/Property Damage/Wrongful Death | 1, 4, 11<br>1, 4, 11<br>1, 4, 11<br>1, 4, 11 |

| SHORT TITLE: Short vs. Wood Residential Services | CASE NUMBER |
|---|---|

| | **A**<br>Civil Case Cover Sheet<br>Category No. | **B**<br>Type of Action<br>(Check only one) | **C** Applicable<br>Reasons - See Step 3<br>Above |
|---|---|---|---|
| **Non-Personal Injury/ Property Damage/Wrongful Death Tort** | Business Tort (07) | ☐  A6029  Other Commercial/Business Tort (not fraud/breach of contract) | 1, 2, 3 |
| | Civil Rights (08) | ☐  A6005  Civil Rights/Discrimination | 1, 2, 3 |
| | Defamation (13) | ☐  A6010  Defamation (slander/libel) | 1, 2, 3 |
| | Fraud (16) | ☐  A6013  Fraud (no contract) | 1, 2, 3 |
| | Professional Negligence (25) | ☐  A6017  Legal Malpractice<br>☐  A6050  Other Professional Malpractice (not medical or legal) | 1, 2, 3<br>1, 2, 3 |
| | Other (35) | ☐  A6025  Other Non-Personal Injury/Property Damage tort | 1, 2, 3 |
| **Employment** | Wrongful Termination (36) | ☐  A6037  Wrongful Termination | 1, 2, 3 |
| | Other Employment (15) | ☒  A6024  Other Employment Complaint Case<br>☐  A6109  Labor Commissioner Appeals | 1, 2, 3<br>10 |
| **Contract** | Breach of Contract/ Warranty (06)<br>(not insurance) | ☐  A6004  Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction)<br>☐  A6008  Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence)<br>☐  A6019  Negligent Breach of Contract/Warranty (no fraud)<br>☐  A6028  Other Breach of Contract/Warranty (not fraud or negligence) | 2, 5<br>2, 5<br>1, 2, 5<br>1, 2, 5 |
| | Collections (09) | ☐  A6002  Collections Case-Seller Plaintiff<br>☐  A6012  Other Promissory Note/Collections Case<br>☐  A6034  Collections Case-Purchased Debt (Charged Off Consumer Debt Purchased on or after January 1, 2014) | 5, 6, 11<br>5, 11<br>5, 6, 11 |
| | Insurance Coverage (18) | ☐  A6015  Insurance Coverage (not complex) | 1, 2, 5, 8 |
| | Other Contract (37) | ☐  A6009  Contractual Fraud<br>☐  A6031  Tortious Interference<br>☐  A6027  Other Contract Dispute(not breach/insurance/fraud/negligence) | 1, 2, 3, 5<br>1, 2, 3, 5<br>1, 2, 3, 8, 9 |
| **Real Property** | Eminent Domain/Inverse Condemnation (14) | ☐  A7300  Eminent Domain/Condemnation        Number of parcels_____ | 2, 6 |
| | Wrongful Eviction (33) | ☐  A6023  Wrongful Eviction Case | 2, 6 |
| | Other Real Property (26) | ☐  A6018  Mortgage Foreclosure<br>☐  A6032  Quiet Title<br>☐  A6060  Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2, 6<br>2, 6<br>2, 6 |
| **Unlawful Detainer** | Unlawful Detainer-Commercial (31) | ☐  A6021  Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 6, 11 |
| | Unlawful Detainer-Residential (32) | ☐  A6020  Unlawful Detainer-Residential (not drugs or wrongful eviction) | 6, 11 |
| | Unlawful Detainer-Post-Foreclosure (34) | ☐  A6020F Unlawful Detainer-Post-Foreclosure | 2, 6, 11 |
| | Unlawful Detainer-Drugs (38) | ☐  A6022  Unlawful Detainer-Drugs | 2, 6, 11 |

**CIVIL CASE COVER SHEET ADDENDUM<br>AND STATEMENT OF LOCATION**

| SHORT TITLE: Short vs. Wood Residential Services | CASE NUMBER |
|---|---|

| | **A**<br>Civil Case Cover Sheet<br>Category No. | **B**<br>Type of Action<br>(Check only one) | **C** Applicable<br>Reasons - See Step 3<br>Above |
|---|---|---|---|
| **Judicial Review** | Asset Forfeiture (05) | ☐ A6108  Asset Forfeiture Case | 2, 3, 6 |
| | Petition re Arbitration (11) | ☐ A6115  Petition to Compel/Confirm/Vacate Arbitration | 2, 5 |
| | Writ of Mandate (02) | ☐ A6151  Writ - Administrative Mandamus | 2, 8 |
| | | ☐ A6152  Writ - Mandamus on Limited Court Case Matter | 2 |
| | | ☐ A6153  Writ - Other Limited Court Case Review | 2 |
| | Other Judicial Review (39) | ☐ A6150  Other Writ /Judicial Review | 2, 8 |
| **Provisionally Complex Litigation** | Antitrust/Trade Regulation (03) | ☐ A6003  Antitrust/Trade Regulation | 1, 2, 8 |
| | Construction Defect (10) | ☐ A6007  Construction Defect | 1, 2, 3 |
| | Claims Involving Mass Tort (40) | ☐ A6006  Claims Involving Mass Tort | 1, 2, 8 |
| | Securities Litigation (28) | ☐ A6035  Securities Litigation Case | 1, 2, 8 |
| | Toxic Tort<br>Environmental (30) | ☐ A6036  Toxic Tort/Environmental | 1, 2, 3, 8 |
| | Insurance Coverage Claims<br>from Complex Case (41) | ☐ A6014  Insurance Coverage/Subrogation (complex case only) | 1, 2, 5, 8 |
| **Enforcement of Judgment** | Enforcement<br>of Judgment (20) | ☐ A6141  Sister State Judgment | 2, 5, 11 |
| | | ☐ A6160  Abstract of Judgment | 2, 6 |
| | | ☐ A6107  Confession of Judgment (non-domestic relations) | 2, 9 |
| | | ☐ A6140  Administrative Agency Award (not unpaid taxes) | 2, 8 |
| | | ☐ A6114  Petition/Certificate for Entry of Judgment on Unpaid Tax | 2, 8 |
| | | ☐ A6112  Other Enforcement of Judgment Case | 2, 8, 9 |
| **Miscellaneous Civil Complaints** | RICO (27) | ☐ A6033  Racketeering (RICO) Case | 1, 2, 8 |
| | Other Complaints<br>(Not Specified Above) (42) | ☐ A6030  Declaratory Relief Only | 1, 2, 8 |
| | | ☐ A6040  Injunctive Relief Only (not domestic/harassment) | 2, 8 |
| | | ☐ A6011  Other Commercial Complaint Case (non-tort/non-complex) | 1, 2, 8 |
| | | ☐ A6000  Other Civil Complaint (non-tort/non-complex) | 1, 2, 8 |
| **Miscellaneous Civil Petitions** | Partnership Corporation<br>Governance (21) | ☐ A6113  Partnership and Corporate Governance Case | 2, 8 |
| | Other Petitions (Not<br>Specified Above) (43) | ☐ A6121  Civil Harassment | 2, 3, 9 |
| | | ☐ A6123  Workplace Harassment | 2, 3, 9 |
| | | ☐ A6124  Elder/Dependent Adult Abuse Case | 2, 3, 9 |
| | | ☐ A6190  Election Contest | 2 |
| | | ☐ A6110  Petition for Change of Name/Change of Gender | 2, 7 |
| | | ☐ A6170  Petition for Relief from Late Claim Law | 2, 3, 8 |
| | | ☐ A6100  Other Civil Petition | 2, 9 |

**CIVIL CASE COVER SHEET ADDENDUM<br>AND STATEMENT OF LOCATION**

| SHORT TITLE: Short vs. Wood Residential Services | CASE NUMBER |
|---|---|

**Step 4: Statement of Reason and Address:** Check the appropriate boxes for the numbers shown under Column C for the type of action that you have selected. Enter the address which is the basis for the filing location, including zip code. (No address required for class action cases).

| REASON:<br>☐ 1. ☐ 2. ☑ 3. ☐ 4. ☐ 5. ☐ 6. ☐ 7.  ☐ 8. ☐ 9. ☐ 10. ☐ 11. | ADDRESS:<br>6701 Eton Ave. |
|---|---|
| CITY: Canoga Park | STATE: CA | ZIP CODE: 91303 | |

**Step 5: Certification of Assignment:** I certify that this case is properly filed in the ___Los Angeles___ District of the Superior Court of California, County of Los Angeles [Code Civ. Proc., §392 et seq., and Local Rule 2.3(a)(1)(E)].

Dated: 7/26/18

_____
(SIGNATURE OF ATTORNEY/FILING PARTY)

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.

2. If filing a Complaint, a completed Summons form for issuance by the Clerk.

3. Civil Case Cover Sheet, Judicial Council form CM-010.

4. Civil Case Cover Sheet Addendum and Statement of Location form, LACIV 109, LASC Approved 03-04 (Rev. 02/16).

5. Payment in full of the filing fee, unless there is court order for waiver, partial or scheduled payments.

6. A signed order appointing the Guardian ad Litem, Judicial Council form CIV-010, if the plaintiff or petitioner is a minor under 18 years of age will be required by Court in order to issue a summons.

7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.